JS-6

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca,<br><br>    Plaintiff,<br><br>    v.<br><br>Toys 'R' Us Delaware - Inc. dba Toys 'R' Us #5657; Yah Investments, LLC,<br><br>    Defendants. | Case No. 5:13-cv-01487-RGK-SP<br><br>**[~~Proposed~~] Order re: Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff, Michael Rocca, and defendant, Toys 'R' Us Delaware-Inc.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice.

Dated: December 30, 2013

*Gary Klausner*
_____
United States District Judge